

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 20, 2019

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    United States v. Blessing Rogers, 19 Mag 10827

Dear Judge Davison:

    Defendant Blessing Rogers will be brought before the Court today for her initial appearance on the above-referenced November 18, 2019 complaint (the "Complaint"), which charges her with one count of conspiracy to distribute and possess with intent to distribution a controlled substance, and one count of possession of a firearm in furtherance of a drug trafficking offense. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Complaint.

    Thank you for your consideration.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Jeffrey C. Coffman
Assistant United States Attorney
(914) 993-1940

SO ORDERED:

_____
HON. PAUL E. DAVISON
United States Magistrate Judge
Southern District of New York

11/20/19