UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   19 Mag 10827-1
     -against-                      :   ORDER
                                    :
BLESSING ROGERS                     :
                                    :
          Defendant                 :
                                    :
------------------------------------X

PAUL E. DAVISON, United States Magistrate:

ORDERED that the defendant's bail be modified to include substance abuse testing/treatment as directed, mental health evaluation and treatment if deemed appropriate and refrain from any use of alcohol.

Dated: White Plains, New York
December 4, 2019

SO ORDERED



HONORABLE PAUL E. DAVISON
United States Magistrate Judge