```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                                   :
UNITED STATES OF AMERICA,                          :
                                                   :
                -v-                                :
                                                   :
                                                   :
BLESSING ROGERS,                                   :
                                                   :
                        Defendant.                 :
                                                   :
-------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/2020

19 MJ. 10827 (SN)

ORDER

SARAH NETBURN, Magistrate Judge:

In light of Blessing Roger's acceptance into the Young Adult Opportunity Program and her and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to October 7, 2021.

Dated:   April 9, 2020
         New York, New York

_____
SARAH NETBURN
United States Magistrate Judge